```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
                          HAMMOND DIVISION


DAVID SUBIL,                        )
                                    )
              Plaintiff             )
                                    )
         v.                         )   Case No. 2:04 CV 257
                                    )
UNITED STATES MARSHAL,              )
                                    )
              Defendant             )
```

OPINION AND ORDER

This matter is before the court on the letter to the Clerk of the District Court filed by the plaintiff, David Subil, on April 21, 2005. For the following reasons, this letter is **STRICKEN**.

Although the plaintiff is proceeding *pro se*, he is not relieved from the obligation to comply with the Federal Rules of Civil Procedure.  Despite this court's February 3, 2005 Order requiring the plaintiff to make **ALL REQUESTS IN MOTION FORM** to the Court itself, the plaintiff has persisted in mailing letters to the Clerk of Court containing numerous requests related to this case.  In addition, these letters lack a certificate of service verifying that the plaintiff has served them on opposing counsel. Furthermore, the letters refer to multiple cases that the plaintiff has filed.  Each of these deficiencies violates the Federal Rules of Civil Procedure.

For the foregoing reasons, the letter to the Clerk of the District Court, filed by the plaintiff, David Subil, on April 21, 2005 is **STRICKEN.**

ENTERED this 28th day of April, 2005

                                        s/ ANDREW P. RODOVICH
                                           United States Magistrate Judge